FILED
United States Court of Appeals
Tenth Circuit

June 23, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| GLYNN SIMMONS, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CALUDE L. SHOBERT, former detective, <br><br> Defendant - Appellant, <br><br> and <br><br> CITY OF OKLAHOMA CITY, <br><br> Defendant. | No. 25-6046 <br> (D.C. No. 5:24-CV-00097-J) <br> (W.D. Okla.) |
| GLYNN SIMMONS, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CITY OF OKLAHOMA CITY, <br><br> Defendant - Appellant, <br><br> and <br><br> CALUDE L. SHOBERT, former detective, <br><br> Defendant. | No. 25-6051 <br> (D.C. No. 5:24-CV-00097-J) <br> (W.D. Okla.) |

_____

**ORDER**

_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before the court on Appellants' *Motion for Extension of Time to File a Joint Opening Brief and Appendix and Motion to Exceed Word Limits*. The motion to exceed word limited is granted in part. Appellants may a file single, consolidated opening brief not to exceed 17,500 words. The motion for additional words for the reply brief is denied. The motion for extension to file a joint opening brief and appendix is granted and the court extends the time to July 15, 2025 for appellants to file their single, consolidated opening brief and appendix.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk